# IN THE SUPREME COURT OF THE STATE OF NEVADA

COLT WARREN BORSO,
Appellant,
vs.
WALKER RIVER JUSTICE COURT OF
THE STATE OF NEVADA IN AND FOR
THE COUNTY OF LYON; AND THE
HONORABLE MICHAEL S.
FLETCHER, JUSTICE OF THE PEACE,
Respondents.

No. 75164

**FILED**

JUN 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court without payment of the requisite filing fee. On April 24, 2018, the court entered an order denying appellant's motion for reconsideration of this court's March 26, 2018, order denying his motion for waiver of the filing fee pursuant to NRS 2.250(1)(d)(1). The order further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Leon Aberasturi, District Judge
Colt Warren Borso
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk